# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| SOVEREIGN PEAK VENTURES, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 2:21-cv-00006-JRG-RSP |
| | § | |
| TCL TECHNOLOGY GROUP | § | |
| CORPORATION *et al*, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is the Joint Agreed Motion to Extend the Time to Answer or Otherwise Plead in Response to Plaintiff's Complaint and Waiver of Foreign Service Requirement ("Motion"), filed by Plaintiff Sovereign Peak Ventures, LLC ("Plaintiff") and Defendants TCL Technology Group Corporation, TCL Industries Holdings Co., Ltd., TCL Electronics Holdings Ltd., TCL Communication Technology Holdings Ltd., Huizhou TCL Mobile Communication Co. Ltd., TCT Mobile Worldwide Ltd., TCT Mobile International Ltd., Shenzen TCL New Technologies Co. Ltd., TCL King Electrical Appliances (Huizhou) Co. Ltd., TCL Moka International Ltd., and TCL Moka Manufacturing S.A. DE C.V. (collectively, the "Defendants"). Dkt. No. 21.

After considering the request and waiver, the Court **GRANTS** the Motion. It is therefore **ORDERED** that the deadline for the Defendants to move, answer, or otherwise respond to the Plaintiff's Complaint is extended to and includes May 19, 2021.

**SIGNED this 11th day of February, 2021.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE