# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SOVEREIGN PEAK VENTURES, LLC, § § § § Plaintiff, § § v. § § TCL TECHNOLOGY GROUP § CORPORATION, § TCL INDUSTRIES HOLDINGS CO., § LTD., § TCL ELECTRONICS HOLDINGS LTD., § TCL COMMUNICATION § TECHNOLOGY HOLDINGS LTD., § HUIZHOU TCL MOBILE § COMMUNICATION CO. LTD., § TCT MOBILE WORLDWIDE LTD., § TCT MOBILE INTERNATIONAL LTD., § SHENZEN TCL NEW TECHNOLOGIES § CO. LTD., § TCL KING ELECTRICAL APPLIANCES § (HUIZHOU) CO. LTD., § TCL MOKA INTERNATIONAL LTD., § and § TCL MOKA MANUFACTURING S.A. § DE C.V. § § Defendants. § | JURY TRIAL DEMANDED CIVIL ACTION NOS. 2:21-CV-00006-JRG; 2:21-CV-00007-JRG; 2:21-CV-00008-JRG. |

## JOINT AGREED MOTION TO EXTEND THE TIME FOR PLAINTIFF TO SERVE PRELIMINARY INFRINGEMENT CONTENTIONS AND FOR DEFENDANTS TO SERVE PRELIMINARY INVALIDITY <u>CONTENTIONS</u>

Plaintiff Sovereign Peak Ventures, LLC ("SPV") and Defendants TCL Technology Group Corporation, TCL Industries Holdings Co., LTD., TCL Electronics Holdings LTD., TCL Communication Technology Holdings LTD., Huizhou TCL Mobile Communication Co. Ltd., TCT Mobile Worldwide LTD., TCT Mobile International LTD., Shenzen TCL New Technologies

Co. Ltd., TCL King Electrical Appliances (Huizhou) Co. Ltd., TCL Moka International Ltd., and TCL Moka Manufacturing S.A. DE C.V. (collectively, "Defendants") jointly move the Court to extend the time within which Plaintiff is required to serve Preliminary Infringement Contentions for seven (7) days in each of the above-referenced actions, which would be up to and including May 5, 2021. In addition, Defendants' deadline for serving invalidity contentions would also be extended for seven (7) days in each of the above-referenced actions, which would be up to and including June 30, 2021. No other deadline set by the Court in the forthcoming Docket Control Order and Discovery Order shall be extended at this time, and the parties shall be prepared to attend the Court's Case Management Conference.

Accordingly, the parties request that the Court grant the request for a one week extension of both the preliminary infringement contentions, and the preliminary invalidity contentions. The parties do not make this motion for purposes of delay, but for good cause.

Dated: April 28, 2021						Respectfully submitted,

Respectfully submitted,					/s/ *Mr. Robert Gaybrick*
/s/ *Patrick J. Conroy, with permission*
Patrick J. Conroy						Robert Gaybrick
Texas Bar No. 24012448					Bradford Cangro
T. William Kennedy Jr.					**PV LAW GROUP LLP**
Texas Bar No. 24055771					5335 Wisconsin Avenue, N.W.
Jonathan H. Rastegar					Suite 440
Texas Bar No. 24064043					Washington, D.C. 20015-2052
Jerry D. Tice, II						(202) 773-4112
Texas Bar No. 24093263					robert.gaybrick@pvuslaw.com

**Bragalone Conroy PC**					*Counsel for Defendants*
2200 Ross Avenue
Suite 4500W
Dallas, TX 75201
Tel: (214) 785-6670
Fax: (214) 785-6680
pconroy@bcpc-law.com
bkennedy@bcpc-law.com
jrastegar@bcpc-law.com
jtice@bcpc-law.com

**Attorneys for Plaintiff**
**Sovereign Peak Ventures, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel on April 28, 2021.

/s/ *Jacob A. Snodgrass*

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Plaintiff and counsel for Defendants conferred regarding the relief sought by this motion and that this motion is unopposed.

/s/ *Jacob A. Snodgrass*